ray, Jr., Chehardy, Sherman, Ellis, Murray, Recile, Griffith, Stakelum & Hayes, L.L.P., Metairie, LA, for Plaintiff–Appellant.

Edward A. Rodrigue, Jr., Esq., Charles Archibald Boggs, Charles Krieg Chauvin, Attorney, Boggs, Loehn & Rodrigue, Metairie, LA, for Defendants–Appellees.

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

In this nearly fourteen-year-old case—which has now been appealed, in one context or another, to this court on four occasions—we affirm the district court's ruling that this action is barred by the doctrine of collateral estoppel and that none of the reasons to the contrary asserted by the appellant provide a substantial basis to undermine that holding.

Accordingly, the judgment of the district court is

AFFIRMED.

Josye BROOKTER, Plaintiff—
Appellant

v.

GC SERVICES, LIMITED PARTNER-
SHIP; DLS Enterprises, Incorporated; GC Financial Corporation, Defendants—Appellees.

No. 11–20377.

United States Court of Appeals,
Fifth Circuit.

May 7, 2012.

Aaron D. Radbil, Weisberg & Meyers, L.L.C., Cooper City, FL, Noah D. Radbil, Houston, TX, for Plaintiff–Appellant.

Kandy Elaine Messenger, Sprott, Rigby, Newsom, Robbins & Lunceford, P.C., Houston, TX, Todd Stelter, Hinshaw & Culbertson, L.L.P., Chicago, IL, Stephen Ray Swofford, Esq., for Defendants–Appellees.

Before JOLLY, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

After reading the briefs, studying the record, and hearing the arguments of the parties, we are convinced that the district

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.

court committed no reversible error. Therefore, its judgment is

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.